## EVERAGE v. HUDSON & THOMPSON.
(Decided January 21st, 1915.)

APPEAL from Andalusia City Court.

Heard before Hon. ED. T. ALBRITTON.

No counsel marked for either party.

Per curiam. Appeal dismissed.

## ELLIS v. FORD.
(Decided February 4th, 1915.)

APPEAL from Madison Probate Court.

Heard before Hon. W. T. LAWLER.

No counsel marked for appellant. BETTS & BETTS, for appellee.

Per curiam. Affirmed on certificate.

## GACHET v. THE STATE.
(Decided January 21st, 1915.)

APPEAL from Barbour Circuit Court.

Heard before Hon. M. SOLLIE.

No counsel marked for appellant. ROBERT C. BRICK-ELL, Attorney General, for the State.

Per curiam. Dismissed for want of prosecution.

## GRANT v. THE STATE.
(Decided January 12th, 1915.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. WILLIAM E. FORT.

No counsel marked for appellant. ROBERT C. BRICK-ELL, Attorney General, for the State.

Per curiam. Appeal dismissed for want of prosecution.

## GRIFFIN v. THE STATE.
(Decided February 2nd, 1915.)

APPEAL from Houston Circuit Court.

Heard before Hon. H. A. PEARCE.

E. H. HILL, for appellant. ROBERT C. BRICKELL, Attorney General, for the State.

Per curiam. Dismissed for want of prosecution.